**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
           chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Robert Alvarez**,  Plaintiff,  vs.  **Shivshakti Hospitality, Inc.**, et al.  Defendants. | No. 4:19-cv-00070-RM  **NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT** |

Plaintiff, Robert Alvarez ("Plaintiff"), through undersigned counsel, pursuant to Fed. R. Civ. P. 68, hereby notifies all parties to this action that, on April 24, 2019, Plaintiff accepted Defendants' Offer of Judgment dated April 24, 2019, to allow judgment to be taken against Defendants.  Plaintiff has served acceptance of same on Defendants' counsel by email and U.S. Postal Service.  Plaintiff has attached Defendants' Offer of Judgment as "**Exhibit A**" and a Proposed Order as "**Exhibit B**."

RESPECTFULLY SUBMITTED this 24th day of April, 2019.

BENDAU & BENDAU PLLC

/s/     *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorney for Plaintiff

## Certificate of Service

I certify that on this 24th Day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the all parties by the operation of the Court's electronic filing system. The Parties may access this filing through the Court system.


/s/ *Clifford P. Bendau, II*

2