Corey B. Larson
PCC#66111; SB #022549
clarson@waterfallattorneys.com
Cassandra B. Meynard
PCC#66135; SB# 26316
cmeynard@waterfallattorneys.com

LAW OFFICES
WATERFALL, ECONOMIDIS, CALDWELL
HANSHAW & VILLAMANA, P.C.
Williams Center, Suite 800
5210 E. Williams Circle
Tucson, AZ 85711
(520) 790-5828

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT ALVAREZ,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SHIVSHAKTI HOSPITALITY, INC., AN ARIZONA CORPORATION; *ET AL.,*<br>　　　　　　　Defendants. | Case No.: 4:19-cv-00070-RM<br><br>**DEFENDANTS' RULE 68 OFFER OF JUDGMENT** |

　　　Pursuant to Rule 68, Fed. R. Civ. P., Defendants offer to allow judgment be taken against them for $1,765.00, together with any costs accrued as of the date of filing.

　　　RESPECTFULLY SUBMITTED this 24th day of April, 2019.

　　　　　　　　　　　　　　　　WATERFALL, ECONOMIDIS, CALDWELL,
　　　　　　　　　　　　　　　　HANSHAW & VILLAMANA, P.C.


　　　　　　　　　　　　　　　　By:　/s/ Cassandra B. Meynard
　　　　　　　　　　　　　　　　　　Corey B. Larson
　　　　　　　　　　　　　　　　　　Cassandra B. Meynard
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

| | |
|---|---|
| 1 | Original mailed and e-mailed |
| 2 | this 24th day of April, 2019, to: |
| 3 | Clifford Bendau |
| 4 | Christopher J. Bendau<br>BENDAU & BENDAU, PLLC |
| 5 | P.O. Box: 97066 |
| 6 | Phoenix, AZ 85060 |
| 7 | chris@bendaulaw.com<br>cliffordbendau@bendaulaw.com |
| 8 | By: /s/ Marilene Southard |
| 9 | Marilene Southard |